MAX A. GOLDBERG, Appellant, v. SUNBEAM CHEMICAL COMPANY, INC., Respondent.— Motions denied, without costs. Mills, Putnam, Blackmar and Kelly, JJ., concur; Jenks, P. J., not voting.

JOHN H. ISQUITH, Respondent, v. CLAIRE G. HOLLENDER ISQUITH, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal, place the case on the calendar for the May term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

FRANK KEIGHTLY, Respondent, v. ALBERT E. DONNELLY, Appellant.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

LANGDON HOLDING CORPORATION, Respondent, v. EMANUEL MEHL, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal, place the case on the calendar and be ready to argue the same on Friday, April 15, 1921, for which date the cause is especially set down. Present — Mills, Rich, Putnam and Kelly, JJ.

AARON MARTIN, Appellant, v. MAURICE O'KEEFE, as Commissioner of Public Safety of the City of Yonkers, Respondent.— Motion denied. The omission of the authorities to reinstate the relator is not before us. It may be presented to us directly. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

HARRIET J. McCOUN, Appellant, v. AMY K. PIERPONT and NELLY CRANZ, Respondents.— Motion to resettle order of affirmance granted so far as to make the additional findings: 1. That prior to March 27, 1917, the date of the last sale for unpaid taxes for either 1913 or 1914, there had not been filed any other map of any property at Long Beach, L. I., than the one entitled " Estates of Long Beach, Long Beach, L. I., Map No. 1, March, 1907, William H. Reynolds, President, Chas. W. Leavitt, Jr., Landscape Eng., 220 Broadway, New York City," which was filed in the Nassau county clerk's office on April 20, 1911, under the file No. 31. 2. The court finds and makes reference to Exhibit C, purporting to be a copy of page 282 of the assessment roll, and also directs a finding referring to the copy of the North Hempstead *Gazette* and of the Nassau County *Post*, marked Cranz exhibits D and E respectively. Otherwise motion denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ. Settle order on notice.

PHILIP H. REID and SOLOMON B. MANDELL, etc., Appellants, v. PRODUCTS MANUFACTURING COMPANY, Respondent.— Motion for stay granted, and case set down peremptorily for Monday, May 2, 1921. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

NOZERA MAMAN AKEL SAAD, Respondent, v. HANNA H. SAAD, etc., Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

NELLIE M. SALMON, Respondent, v. BOOTH & FLINN, LTD., Appellant.— Motion for leave to appeal to the Court of Appeals denied, but stay continued thirty days to enable appellant to apply to the Court of Appeals. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.